**Nan Lee GRENIER, Appellant, v. UNITED STATES of America, Appellee.**

No. 3012.

Circuit Court of Appeals, Fourth Circuit.

April 8, 1930.

John D. Bellamy and Herbert McClammy, both of Wilmington, N. C., for appellant.

Irvin B. Tucker, Sp. Asst. U. S. Atty., of Whiteville, N. C.

PER CURIAM.

Cause docketed and dismissed on motion of appellee.

**Frank HALTON v. UNITED STATES of America.**

No. 355.

Circuit Court of Appeals, Tenth Circuit.

Sept. 9, 1930.

C. R. Hollingsworth, U. S. Atty., of Salt Lake City, Utah.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed September 9, 1930, for failure to prosecute.

**Morton S. HAWKINS v. T. B. WHITE, Warden.**

No. 328.

Circuit Court of Appeals, Tenth Circuit.

Aug. 7, 1930.

Lee Bond, of Leavenworth, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed August 7, 1930, for lack of merit.

**Meyer HERMANN, etc., v. LYLE, Prohibition Administrator.**

No. 6255.

Circuit Court of Appeals, Ninth Circuit.

Sept. 15, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Pursuant to stipulation, ordered appeal dismissed; mandate forthwith.